Christopher C. Miles (SBN 268774)
Email: christopher.miles@huschblackwell.com
Kate E. Juvinall (SBN 315659)
Email: Kate.Juvinall@huschblackwell.com
HUSCH BLACKWELL LLP
4801 Main Street
Suite 1000
Kansas City, MO  64112
Telephone: +1 816 983 8000
Facsimile:  +1 816 983 8080

Attorneys for BancCentral National
Association and Martin McNeil

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| GEMCAP LENDING I, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SHANE WILLIAM PERTL, an individual; MINDY J. MONTGOMERY, an individual; BANCCENTRAL NATIONAL ASSOCIATION, a national association; MARTIN MCNEIL, an individual; VAN OSDOL, PC, a Missouri professional corporation; JONATHON W. DAVIS, an individual; CHRISTOPHER TUCKER, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.:  2:19-cv-1472<br><br>**JOINT NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. 1331, 1332, AND 1441**<br><br>**[FEDERAL QUESTION AND DIVERSITY JURISDICTION]**<br><br>(Filed concurrently with the Notice of Interested Parties, Corporate Disclosure, Civil Cover Sheet, and Declarations of Christopher Miles, William Shane Pertl, Mindy J. Montgomery, Anthony Gossersand, Jonathan W. Davis, and Christopher Tucker ) |

– 2 –

**TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF CALIFORNIA, TO PLAINTIFF, AND PLAINTIFF'S ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants BancCentral National Association ("BancCentral") and Martin McNeil ("McNeil") invoke this Court's jurisdiction under the provisions of 28 U.S.C. sections 1331, 1332, and 1441, and remove this action from the Superior Court of the State of California for the County of Los Angeles based on the following grounds: (1) there exists federal question jurisdiction; (2) there is complete diversity of citizenship between Plaintiff and all seven named defendants; (3) the amount in controversy exceeds the jurisdictional minimum of $75,000 set forth in section 1332(a); and (4) this Notice of Removal is timely filed.  In support, BancCentral and McNeil state as follows:

# I. PROCEDURAL BACKGROUND

1. On December 4, 2018, Plaintiff GemCap Lending I, LLC ("Plaintiff") filed a civil complaint against Defendants BancCentral, McNeil, William Shane Pertl, Mindy J. Montgomery, Van Osdol, PC, Jonathon W. David, and Christopher Tucker (collectively "Defendants") in the Superior Court of the State of California in and for the County of Los Angeles, *GemCap Lending I, LLC v. Pertl, et al.*, Case No. 18STCV07133.  On January 14, 2019, Plaintiff filed a First Amended Complaint ("FAC").

2. In the FAC, Plaintiff alleges 12 causes of action: (1) Civil RICO

violation under 18 U.S.C. §§ 1961 *et seq.*; (2) breach of written Contract (Continuing Guarantees); (3) breach of written Contract (Continuing Guarantees); (4) fraud; (5) negligence; (6) professional negligence; (7) fraud in the inducement; (8) intentional interference with contractual relations; (9) intentional interference with prospective economic advantage; (10) negligent interference with prospective economic advantage; (11) conversion; and (12) unfair business practices.

3.  Plaintiff personally served a copy of the FAC and summons on BancCentral on January 30, 2019 and on McNeil on January 31, 2019. True and correct copies of all process, pleadings, and orders served upon BancCentral are attached hereto as collective **Exhibit 1** and incorporated herein by this reference. *See* Declaration of Christopher Miles ("Miles Decl."), ¶ 3. True and correct copies of all process, pleadings, and orders served upon McNeil are attached hereto as collective **Exhibit 2** and incorporated herein by this reference. Miles Decl., ¶ 4.

4.  As required by 28 U.S.C. section 1446(d), the undersigned counsel certifies that BancCentral and McNeil will give written notice of the removal to Plaintiff's counsel and the Clerk of the Los Angeles County Superior Court.

5.  Removal is proper to this Court pursuant to 28 U.S.C. § 1446, as the United States District Court for the Central District of California, Western Division, is the federal judicial district and division embracing the Superior Court of California, County of Los Angeles where this action was originally filed. *See* 28 U.S.C. § 84.

– 4 –

6. This Notice of Removal is filed within thirty (30) days of the date upon which the case became removable and therefore is timely pursuant to 28 U.S.C. § 1446(b).

## II. FEDERAL QUESTION JURISDICTION EXISTS

7. This action is removable pursuant to 28 U.S.C. §§ 1331 and 1441 because Plaintiff asserts claims under a federal statute: 18 U.S.C. §§ 1961 *et seq*.

## III. DIVERSITY JURISDICTION EXISTS

8. This action is also removable pursuant to 28 U.S.C. §§ 1332 and 1441 because 28 U.S.C. § 1332 confers jurisdiction upon cases which the amount in controversy exceeds the sum or value of $75,000 and are between citizens of different states. 28 U.S.C. § 1332(a)(1).

### A. **The Amount in Controversy Requirement is Satisfied.**

11. A court determines the jurisdictional amount based on the relief sought in the complaint. The federal diversity jurisdiction statute, 28 U.S.C. § 1332(a), provides that the "amount-in-controversy requirement excludes only 'interest and costs.'" *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 700 (9th Cir. 2007).

12. In measuring the amount in controversy, a court must assume the plaintiff will prevail on each of his claims. *Roth v. Comerica Bank*, 799 F. Supp. 2d 1107, 1117 (C.D. Cal. 2010) ("The ultimate inquiry is what amount is put 'in controversy' by the plaintiff's complaints, not what a defendant will actually owe.").

14.     Plaintiff has alleged damages resulting from unpaid loans in the amount of not less than $14,931,953.08. Accordingly, the claims asserted in the Petition easily satisfy the amount in controversy requirement, exceeding the sum or value of $75,000.

**B.     The Diversity of Citizenship Requirement is Satisfied.**

15.     Citizenship of the parties is determined by their citizenship status at the commencement of the action. 28 U.S.C. § 1332(d)(7).

19.     Upon information and belief, none of the members of Plaintiff are citizens of Oklahoma, Missouri, or Kansas.

20.     BancCentral is a national association bank with its principal place of business in Alva, Oklahoma. Accordingly, BancCentral is a citizen of Oklahoma. *See Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006).

21.     McNeil is a citizen of Oklahoma having resided in Enid, Oklahoma for approximately 15 years with intent to remain there. Thus, for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a)(1), McNeil is a citizen of Oklahoma.

22.     Defendant William Shane Pertl is a citizen of the State of Kansas and consents to this removal. *See* Declaration of William Shane Pertl, ¶ 3.

23.     Defendant Mindy J. Montgomery is a citizen of the State of Kansas and consents to this removal. *See* Declaration of Mindy J. Montgomery, ¶ 3.

24.     Defendant Van Osdol, PC is a Missouri professional corporation with its principal place of business in Kansas City, Missouri and consents to this removal. Accordingly, Van Osdol, PC is a citizen of Missouri. *See* Declaration of Anthony

– 5 –

Gossersand, ¶ 3; *see also* 28 U.S.C. § 1332(c) (A corporation is a citizen of any state where it is incorporated and where its principal place of business is located).

25. Defendant Jonathon W. Davis is a citizen of the State of Kansas and consents to this removal. *See* Declaration of Jonathon W. Davis, ¶ 3.

26. Defendant Christopher Tucker is a citizen of the State of Kansas and consents to this removal. *See* Declaration of Christopher Tucker, ¶ 3.

27. Plaintiff is diverse from all Defendants, who are citizens of Oklahoma, Missouri, and Kansas. *See* 28 U.S.C. § 1332(a).

## IV. CONCLUSION

28. Defendants BancCentral National Association and Martin McNeil hereby remove this case from the Superior Court of California, County of Los Angeles to this Court for all further proceedings, as provided by law, and that, pursuant to 28 U.S.C. § 1446, the Superior Court of California, County of Los Angeles proceed no further unless and until such further Order of this Court.

29. In the event this Court has a question regarding the propriety of this Notice of Removal, Defendants BancCentral and McNeil request that it issue an Order to Show Cause so that they may have an opportunity to more fully brief the Court on the basis for this removal.

– 7 –

| | | |
|---|---|---|
| Dated: February 28, 2019. | | HUSCH BLACKWELL LLP |

*/s/ Christopher C. Miles*_____
Christopher C. Miles
*Attorneys for BancCentral National Association and Martin McNeil*