FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GEMCAP LENDING I, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM SHANE PERTL, an individual; MINDY J. MONTGOMERY, an individual; BANCCENTRAL NATIONAL ASSOCIATION, a national association; MARTIN MCNEIL, an individual; VAN OSDOL, PC, a Missouri professional corporation; JONATHON W. DAVIS, an individual; CHRISTOPHER TUCKER, an individual.<br><br>　　　　Defendants. | Case No. 2:19-cv-01472-JFW(PJWx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF GEMCAP LENDING I, LLC** |

Following the entry of the defaults of Defendants William Shane Pertl and Mindy J. Montgomery, Plaintiff GemCap Lending I, LLC ("GemCap") applied for entry of default judgment against William Shane Pertl and Mindy J. Montgomery. After full consideration of all competent and admissible evidence, including the Notice of Motion and Motion for Default Judgment and the attached Memorandum of Points and Authorities, the Declaration of Richard Ellis, the Declaration of Arash Beral, and the Request for Judicial Notice filed by GemCap, the Court finds that

GemCap has presented sufficient evidence to establish that GemCap is entitled to entry of default judgment against William Shane Pertl and Mindy J. Montgomery.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment is entered in favor of GemCap and against Defendants William Shane Pertl and Mindy J. Montgomery, jointly and severally, in the sum of $19,209,394.28, which includes $2,520,253.18 in pre-judgment interest at a rate of 15.5% per annum along with $380,184.20 in legal fees.

Dated: April 1, 2020

_____
UNITED STATES DISTRICT JUDGE